UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24-cv-61227-DSL

RENZO BARBERI,

    Plaintiff,

v.

BRIDGESTONE RETAIL OPERATIONS, LLC,
and SUN ENTERPRISES HOLDING, INC.,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, RENZO BARBERI, and Defendant, BRIDGESTONE RETAIL OPERATIONS, LLC, by and through their undersigned attorneys, hereby serve notice that the parties in this action have agreed upon a resolution of the claims in this case in principal and are presently working on preparing any necessary documents to be filed with the Court.

Dated:  August 2, 2024

By: *s/Ronald Stern*
The Advocacy Law Firm
Ronald E. Stern (FBN 10089)
1835 E Hallandle Beach Blvd. #757
Hallandale Beach, FL 33009
Tel: (954) 639-7016
Email: ronsternlaw@gmail.com

*Counsel for Plaintiff*

Respectfully Submitted,

By: s/*Benjamin Tyler*
Holland & Knight LLP
Christine F. Gay (FBN 0026009)
Benjamin Tyler (FBN 1003552)
701  Brickell Avenue, Suite 3300
Miami, Fl 33131
Tel:  (305) 789-7447
Email: christine.gay@hklaw.com
Email: benjamin.tyler@hklaw.com

*Counsel for Defendant Bridgestone Retail Operations, LLC*

#48367408_v1