UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-61227-LEIBOWITZ

**RENZO BARBERI,**

*Plaintiff,*

v.

**BRIDGESTONE RETAIL OPERATIONS, LLC,**
**et al.,**

*Defendants.*
_____/

### ORDER

The parties filed a Stipulation of Dismissal with Prejudice [ECF No. 10] pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) on August 19, 2024.

Upon due consideration, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED** *with prejudice*. Each party shall bear its own attorneys' fees and costs. *The Clerk of Court* is directed to **CLOSE** this case. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on August 19, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:   counsel of record